Randy M. Andrus (10392)
**ANDRUS LAW FIRM, LLC**
299 South Main Street, Suite 1395
Salt Lake City, Utah 84111-2241
Telephone: (801) 535-4645
Email: Randy@andrusfirm.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **VANESSSA BILLY;**<br><br>                    Plaintiff,<br><br>vs.<br><br>**EDGE HOMES, LLC; EDGE CONSTRUCTION, LLC; STEVE MADDOX; DOES** 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 2:19-cv-00058-JNP-CMR<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

TO THE COURT:

As a courtesy to the Court, this is to advise that today the parties reached a settlement as to all claims and as to all parties. The parties anticipate that dispositional papers will be filed with the Court within thirty (30) days.

DATED this 20th day of April 2021            **ANDRUS LAW FIRM, LLC**


                                                                              BY:  /s/ Randy M. Andrus
                                                                              **RANDY M. ANDRUS**
                                                                              *Attorney for Plaintiff*
                                                                              **VANESSA BILLY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April 2021, a true and correct copy of the **NOTICE OF SETTLEMENT** was mailed via U.S. mail, postage prepaid, electronic mail, and/or CM/ECF, to the following:

| | |
|---|---|
| Christopher B. Snow, Esq.<br>Shaunda L. McNeill, Esq.<br>Kody L. Condos, Esq.<br>CLYDE SNOW & SESSIONS<br>201 South Main Street, 13th Floor<br>Salt Lake City, Utah 84111-2516<br>Telephone: (801) 322-2516<br>cbs@clydesnow.com<br>slm@clydesnow.com<br>klc@clydesnow.com<br>*Attorneys for Defendants* | VIA ELECTRONIC MAIL |

/s/ Randy M. Andrus